**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

**CALVIN KNOWLES**                                                              **PLAINTIFF**

**VS**                                                   **CIVIL ACTION NO.  3:10CV-594-S**

**GENERAL MOTORS, LLC.**                                        **DEFENDANT**

**ORDER**

     Magistrate Judge Dave Whalin  having notified the Court of a settlement in this matter  as a   result  of  a  settlement  negotiations  conducted  by  the  Magistrate  Judge,    **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within thirty days  if the settlement is not consummated.  Counsel may tender a supplemental order of dismissal if they so desire.

     Dated:

Copies to counsel